# Court of Appeals
# of the State of Georgia

ATLANTA,_ January 27, 2025 _____

*The Court of Appeals hereby passes the following order:*

**A25A0877. JASON AARON COTHRAN v. THE STATE.**

The appellant in this case failed to comply with the notice of docketing mailed by this Court and with Court of Appeals Rule 23 (a), under which he was required to file an enumeration of errors and brief within twenty days after the appeal was docketed. See also Court of Appeals Rule 13.

On January 07, 2025, this Court ordered the appellant to file an enumeration of errors and a brief no later than January 17, 2025. As of the date of this order, the appellant's enumeration of errors and brief still have not been filed. For that reason the Court concludes that this appeal has been abandoned, and it is therefore **DISMISSED**. Cf. OCGA § 5-6-48.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_ 01/27/2025 _____*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*